IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-183-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ANTWON PRIVETTE, ) | |
| ) | |
| Defendant. ) | |

Before the court is Defendant's motion for reconsideration of the court's November 15, 2016 Order denying Defendant's request for extension of time to file pretrial motions and continuance of his arraignment and trial. [DE 23]. For the reasons stated in Defendant's motion, the court finds good cause exists and ALLOWS the motion. All pretrial motions shall be filed no later than **December 14, 2016**. Responses thereto shall be filed no later than **December 28, 2016**. Defendant's arraignment and trial date is continued to the **February 13, 2017** term of court. For the reasons stated in Defendant's motion, the court finds the ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, the period of delay necessitated by this continuance is excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This the 23rd day of November, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge