IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-00183-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ANTWON PRIVETTE, | ) | |
| Defendant. | ) | |

Within twelve days hereof, Defendant is DIRECTED to file a response to the Government's Motion in Limine and Notice of Intent to Present Evidence of Crimes, Wrongs, or Other Acts Pursuant to Federal Rule of Evidence 404(b) [DE-24].[1]

SO ORDERED.

This, the  5  day of January, 2017.

JAMES C. FOX
Senior United States District Judge

---

[1] Defendant's trial and arraignment are scheduled for this court's February 13, 2017 term.