IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-183-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANTWON PRIVETTE | ) | |

This cause coming before the Court *sua sponte* following its reassignment to the undersigned, the Court hereby ORDERS that the arraignment of defendant shall be continued to the March 2017 term of court.

The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. 3161(h).

SO ORDERED this the 31 day of January, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE