UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:16-CR-183-1BO

United States of America

vs.                                                              ORDER

TRACY ANTWON PRIVETTE

IT IS HEREBY ORDERED that the following jury trial exhibits be returned to **Agent Sean Brady, ATF/TFO,** and remain in his custody through any proceeding on appeal or review.

Government's Exhibit(s): #18 - Cellular phone (bagged)

Agent: _T.F.O. Sean Brady_

This 23rd day of June, 2017.

TERRENCE W. BOYLE, US District Judge