FILED IN OPEN COURT
ON 10/31/2017
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NORTH CAROLINA_____

UNITED STATES OF AMERICA

V.

Tracy Antwon Privette

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 5:16-CR-183-1BO

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Terrence W. Boyle | US District Judge |
|---|---|
| Name of Judge | Title of Judge |

10/31/2017
Date